# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**VERNITA WILLIAMS,**

        Plaintiff,

    V.        CASE NUMBER: **07-C-832**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

        Defendant.

☐    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came on for consideration and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED **that the plaintiff's petition to proceed** *in forma pauperis* **is DENIED.**

    **This action is hereby DISMISSED.**

| | |
|---|---|
|    **October 2, 2007** |    **JON W. SANFILIPPO** |
| Date | Clerk |
| |   s/ Linda M. Zik |
| | (By) Deputy Clerk |